HOWARD E. SULLIVAN, Respondent; EILEEN K. SULLIVAN, an Infant, by Her Guardian ad Litem, HOWARD E. SULLIVAN, Plaintiff, v. EFFICIENT TRUCKING CORPORATION, Appellant, and CHARLES BARSON, Defendant.— In an action to recover damages for personal injuries sustained in a collision between a taxicab, in which respondent was riding as a passenger, and a truck, judgment for respondent and order denying motion for a new trial unanimously affirmed, with costs. The appellant has no standing to contest the dismissal of the complaint as against its

codefendant; nor may it place the burden of justifying such dismissal on the respondent, against whom it was rendered. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.